**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7273**

———————

JAMES ANTHONY MAY,

            Plaintiff - Appellant,

      v.

COLBERT L. RESPASS; UNIT MANAGER MOORE-HASKINS,

            Defendants - Appellees,

      and

THE STATE OF NORTH CAROLINA; DOC; ALVIN W. KELLER; ROBERT C. LEWIS; HATTIE B. PIMPONG,

            Defendants.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, Chief District Judge. (5:10-ct-03078-D)

———————

Submitted: November 2, 2012      Decided: November 6, 2012

———————

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James Anthony May, Appellant Pro Se. Peter Andrew Regulski, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Anthony May appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. May v. Respass, No. 5:10-ct-03078-D (E.D.N.C. July 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED